FILED
March 30, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003385219

LAW OFFICES OF
MICHAEL O. HAYS (87440)
676 EAST FIRST AVE. #5
CHICO, CA 95926
TEL: 530-892-8916
FAX: 530-892-8015

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re: EARL G. ADAMS

     Debtor(s)

Case No: 09-24465-E-13L
DC No: MOH-3

Date: MAY 10, 2011
Time: 2:00 PM
Courtroom: 33
Judge: SARGIS

DEBTOR(S) MOTION TO CONFIRM MODIFIED CHAPTER 13 PLAN

    Debtors respectfully request confirmation of their MODIFIED CHAPTER 13 PLAN, a copy of which is being served with this Motion on all scheduled creditors listed in Debtor(s) bankruptcy.

    Respectfully submitted,

Date: 3/30/2011

_____
MICHAEL O. HAYS
Attorney for Debtor(s)