
FILED
May 13, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D76

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Earl Gene Adams | **Case No :** | 09-24465 - E - 13L |
| | | **Date :** | 5/10/11 |
| | | **Time :** | 02:00 |

**Matter :** [61] - Motion/Application to Confirm/Modify Chapter 13 Plan [MOH-3] Filed by Debtor Earl Gene Adams (msts)

**Judge :** Ronald H. Sargis
**Courtroom Deputy :** Janet Larson
**Reporter :** Diamond Reporters
**Department :** E

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
 Talvinder Bambhra (for the Trustee)

### CIVIL MINUTE ORDER

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion to Confirm the Chapter 13 Plan filed by the Debtor having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

IT IS ORDERED that Motion to Confirm the Plan is denied and the proposed Chapter 13 Plan is not confirmed.

Dated: May 12, 2011

By the Court

*Ronald H. Sargis*, Judge
United States Bankruptcy Court